510

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THEODORE GRANT, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Bruce Ira Goldstein* for the petitioner.

*Mr. Robert N. McAllister, Jr.,* and *Mr. Ernest M. Curtis* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KENNETH MARVIN PAULL AND ALLEN ROSENBERG, DEFENDANTS-PETITIONERS.

*Mr. Stanley C. VanNess* and *Mr. Ralph J. Kmiec* for the petitioners.

*Mr. Robert N. McAllister, Jr.,* and *Mr. Ernest M. Curtis* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WARREN H. SLOUGH, DEFENDANT-PETITIONER.

*Mr. Purvis Brearley* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert L. Messick* for the respondent.

September 15, 1969. Denied.